**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**BLUEFIELD DIVISION**

| | |
|---|---|
| **ETHELOMA RENEE PERKINS,**      ) | |
|      ) | |
|     **Plaintiff,**      ) | |
|      ) | **Civil Action No. 1:16-06736** |
| **v.**      ) | |
|      ) | |
| **PRINCETON COMMUNITY**      ) | |
| **HOSPITAL,** *et al.,*      ) | |
|      ) | |
|     **Defendants.**      ) | |

**O R D E R**

On July 28, 2016, Plaintiff, acting *pro se*, filed her Complaint alleging violations of her constitutional and civil rights pursuant to 42 U.S.C. § 1983, 28 U.S.C. § 1343, 18 U.S.C. § 1001, and 31 U.S.C. § 3729(A)(1). Plaintiff attaches Exhibits to her Complaint, which include confidential medical records.

Rule 5.2(d) of the Federal Rules of Civil Procedure authorizes the filing of documents under seal without redaction. For good cause shown, it is hereby **ORDERED** that the medical records submitted as Exhibits to Plaintiff's Complaint shall be filed under **SEAL**.

The Clerk is requested to mail a copy of this Order to Plaintiff, who is acting *pro se*.

ENTER: July 28, 2016.

_____
Omar J. Aboulhosn
United States Magistrate Judge